**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 04-1227**

―――――――――

ALEM MEKURIA MEKONNEN,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

―――――――――

On Petition for Review of an Order of the Board of Immigration
Appeals. (A95-225-097)

―――――――――

Submitted: June 18, 2004          Decided: June 30, 2004

―――――――――

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Petition denied by unpublished per curiam opinion.

―――――――――

Alem Mekuria Mekonnen, Petitioner Pro Se.  Emily Anne Radford,
Aviva L. Poczter, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondent.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alem Mekuria Mekonnen, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's denial of asylum, withholding of removal, and protection under the Convention Against Torture.  For the reasons discussed below, we deny the petition for review.

Mekonnen asserts that she established her eligibility for asylum by showing a well-founded fear of persecution in Ethiopia because of her Eritrean ancestry.  To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992).  We have reviewed the evidence of record and conclude that Mekonnen fails to show that the evidence compels a contrary result.  Accordingly, we cannot grant the relief that Mekonnen seeks.

Accordingly, we deny the petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED